# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF
## NORTH CAROLINA
## MISC. NO.   5: 07-MC-6

**FILED**
**CHARLOTTE, NC**

MAY 2 2 2007

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF NC**

## IN RE:  ALLOCATION OF STATESVILLE
## DIVISION CASES
### ORDER

The following case assignment allocations will be applied in the Statesville Division and supersede all other prior orders as they may relate to the Statesville Division. Unless specifically stated otherwise, these case assignment allocations are effective _June 1_, 2007.

1.)  All Statesville Division criminal cases will be assigned to Judge Voorhees.

2.)  Any criminal case filed in the Statesville Division in which Judge Voorhees must recuse himself due to a conflict shall first be assigned to Judge Whitney, and then to Chief Judge Conrad, and then to Judge Thornburg.

3.)  Judge Voorhees shall be assigned all civil cases, except for death penalty cases which are the subject of a separate order, including 42 U.S.C. § 1983 actions in which the plaintiff has counsel and social security cases.

4.)  Judge Voorhees shall continue to be assigned all 28 U.S.C. § 2255 actions in which he was the presiding judge in the underlying criminal case.

5.)  Any civil cases in which Judge Voorhees has a conflict shall be reassigned in the following order taking into consideration potential conflicts: Senior Judge Mullen, Judge Whitney, Chief Judge Conrad, and then Judge Thornburg.

6.)  Senior Judge Mullen shall be assigned all prisoner, pro-se cases, filed pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 2254 (non-death penalty cases.)

7.)  Non-consent civil cases are referred to Magistrate Judge Howell for all pretrial proceedings, except for dispositive motions, which remain with Judge Voorhees. Consent cases will be handled by Magistrate Judge Howell for all purposes and in all respects.  Pretrial matters in criminal cases are referred equally to Charlotte Division magistrate judges, except for motions to suppress, which remain with Judge Voorhees.

8.)  The rules allocating criminal cases where a previous assignment has occurred are stated in Miscellaneous Order Number 3: 07-MC-61.

-1-

The Clerk is directed to serve copies of this Order to all district court judges, all magistrate judges, the United States Attorney, the Chief United States Probation Officer, the United States Marshal, all deputy clerks and all court reporters.

**SO ORDERED THIS** _____22nd_____ **DAY OF** _May_ , 2007.

Robert J. Conrad, Jr., Chief
United States District Court Judge

Richard L. Voorhees
United States District Judge

Lacy H. Thornburg
United States District Judge

Frank D. Whitney
United States District Judge